IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHERMAN WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-0233-RP |
| | § | |
| AUSTIN POLICE DEPARTMENT and | § | |
| JOSEPH CHACON, *Chief of Police*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On this day, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff's complaint, (Dkt. 1). (R. & R., Dkt. 4). The Court's order dismiss Plaintiff's claims.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on May 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE